UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                CASE NO. 2:06CR20013

STEVEN WAYNE HURST                                          DEFENDANT

## ORDER

Currently before the Court is Defendant's Motion for Release Under Conditions, to which Plaintiff does not object. (Doc. 5.) On March 29, 2006, Defendant appeared before the Court for a waiver of indictment and plea hearing, and the Court stated it would consider releasing Defendant pending the sentencing hearing if Defendant was tested and proved to be drug free. Defendant has been tested for drugs and is currently drug free. Upon due consideration, the Defendant should be released based upon the following conditions:

    1. A properly executed and filed $5,000 unsecured signature bond prior to release;

    2. Pretrial supervision by the U.S. Probation Office;

    3. Maintain full time employment;

    4. Plain view search of residence and vehicle;

    5. Travel restriction to the Western District of Arkansas;

    6. Submit to drug testing on a regular basis and as deemed necessary by the United States Probation Office;

    7. Continue with assessment/program at Vista Health as previously ordered in the Crawford County District Court;

8. No access to internet, computers, or any pornographic materials; and

9. No contact with any children without prior approval of Pretrial Services.

Accordingly, Defendant's motion is hereby **GRANTED**.

IT IS SO ORDERED this 25th day of April 2006.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)